# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

127661

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SANDRA R. MILES,
      Defendant-Appellant.

SC: 127661
COA: 257749
Wayne CC: 02-001229-02

_____/

      On order of the Court, the application for leave to appeal the November 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____

Clerk

p1121